PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 10/99)

IN THE UNITED STATES DISTRICT COURT

FOR THE __Northern__ DISTRICT OF TEXAS

__Lubbock__ Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 17 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

B-01-169

United States District Court
Southern District of Texas
FILED
OCT 01 2001
Michael N. Milby
Clerk of Court

PETITION FOR A WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY

__Jose Angel Landeros__
PETITIONER
(Full name of Petitioner)

__Preston E. Smith Unit__
CURRENT PLACE OF CONFINEMENT

__556983__
PRISONER ID NUMBER

VS.

__Gary L. Johnson, Director__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of petitioner)

__5-01CV0260-C__
CASE NUMBER
(Supplied by the Clerk of the District Court)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3. When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

1

5.  Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6.  Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7.  When you have finished filling out the petition, mail <u>the original and two copies</u> to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8.  Petitions that do not meet these instructions may be returned to you.

---

# PETITION

## What are you challenging? (Check only one)

- ☑ A judgment of conviction or sentence, probation or deferred-adjudication probation    (Answer Questions 1-4, 5-12 & 20-23)
- ☐ A parole revocation proceeding.    (Answer Questions 1-4, 13-14, & 20-23)
- ☐ A disciplinary proceeding.    (Answer Questions 1-4, 15-19 & 20-23)

## All petitioners must answer questions 1-4:

1.  Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack: _Cameron County District Courts 974 E. Harrison_

2.  Date of judgment of conviction: _June 28, 1990_

3.  Length of sentence: _35 years._

4.  Nature of offense and docket number (if known): _1st degree Murder 90-CR-346-C_

## Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5.  What was your plea? (Check one)

    ☐ Not Guilty    ☑ Guilty    ☐ Nolo contendere

6.  Kind of trial: (Check one)    ☐ Jury    ☑ Judge Only

7. Did you testify at the trial?  ☒ Yes   ☐ No

8. Did you appeal the judgment of conviction?  ☒ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _Texas Criminal Court of Appeals._

   _48,550-01 + 48,550-02_ Cause Number (if known) _90-CR-346-C_

   What was the result of your direct appeal (affirmed, modified or reversed): _Denied without written order._

   What was the date of that decision? _March 14, 2001_

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Result: _N/A_

   Date of result: _N/A_  Cause Number (if known): _N/A_

   If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _N/A_

   Date of result: _N/A_

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

    ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _Cameron County District Courts 974 E. Harrison_

    Nature of proceeding: _1st degree Murder_

    Cause number (if known): _90-CR-346-C_

    Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court.
    _May 30, 2001 and November 30, 2001_

    Grounds raised: _Ineffective Assitance of Counsel, Cross Examin of My Witnesses, Self-Defense, (Plea Agreement) Plea Bargain obtained by Use of Coerced Confession..._

-3-

CONTINUED ON NEXT PAGE

On November 30, 2000 I Filed An Application hand Written Article 11.07 of the Guilt and Innocence phase of My Trial. I sent the Writ 48,550-01 to the Convicting Court and Court of Criminal Appeals which Ruled Denied Without Written Order. I Again Raised these grounds to 5th Circuit Court of Appeals which stated May 9, 2001 has a Limited jurisdiction, which means that it can only Act on Cases which have been Filed, and decided in a U.S. District Court within this Circuit.

My Application For Art. 11.07 was Denied Without Written Order, because I Failed to do the Form For Art. 11.07 - Denied March 14, 2001.

On May 30, 2001 I Filed the Form and Application For My Art. 11.07 to the Convicting Court. hand Written of the Guilt and innocence phase of My Trial. I sent Writ 48,550-02 which was Forwarded to the Criminal Court of Appeals at Austin.

On August 15, 2001 Writ 48,550-02 was dismissed Without Written Order the Subsequent Application For Writ of habeas Corpus. See Art. 11.07, sec 4, V.A.C.C.P.

I Am being denied /Acess to the Courts.

My Appeal will be File to the 5th Circuit, Once I Get Funds. I don't have none at the Time.

J.A.L.
Jose Angel Landeros

Signature
Jose Angel Landeros #556385

Date of final decision: MARCH 14, 2001

Name of court that issued the final decision: Texas Criminal Court Appeal

As to any **second** petition, application or motion, give the same information:

Name of court: Texas Criminal Appeals Court

Nature of proceeding: 1st degree Murder

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court.
May 30, 2001

Grounds raised: Ineffective Assitance of Counsel (Plea Agreement) Plea Bargain obtained by Use of Coerced Confession, Cross Examin of My Witnesses, Self-Defense For A Lower Charge - (Life was in Sange)

Date of final decision: August 15, 2001

Name of court that issued the final decision: Texas Court of Criminal Appeals
Dismissed without Written Order.

-4- If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?
☐ Yes   ☑ No

(a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:
N/A

(b) Give the date and length of the sentence to be served in the future: N/A

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

☐ Yes   ☑ No

-4-

**Parole Revocation:**

13. Date and location of your parole revocation: _____N/A_____

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

    ☐ Yes     ☒ No

    If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?    ☐ Yes    ☐ No

16. Are you eligible for mandatory supervised release?    ☐ Yes    ☐ No

17. Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation: _____

    Disciplinary case number: _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time credits?    ☐ Yes    ☐ No

    Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

    ☐ Yes     ☐ No

    If your answer to Question 19 is "yes," answer the following:

    Step 1 Result: _____

    Date of Result: _____N/A_____

    Step 2 Result: _____

: Conviction obtained by the Use of a Coerced Confession. (Noe Garza, Jr.) Court Appointed Counsel (state) kept telling me to take the plea bargain, or else I would get a life sentence. When I said, ok. I will take the 20 Agg. He left for about 5 seconds, came back and told me it was 35 Agg. Take it, take it He said.

: Conviction obtained by the Use of Evidence Gained From an Unconstitional Search and Seizure.
Not probable Cause to Use as Evidence Toward me.

: Conviction obtained by the Use of evidence obtained From an Unlawful Arrest.
I was Unlawful Arrested, Refused a bond and then Bond set at 100,000 dollars, which made it totally impossible to Fight My Case insight of the Law. The Arrest Warrent Handed Out was Untimely and improperly sent....

: Conviction obtained by A Violation of the privilege Against Self-Incrimination.
I made A <u>statement</u> to which No-one believed me at all. I <u>Testified</u> that I shot and killed Rudy Perez in <u>Self-Defense</u>.

: Conviction obtained by the prosecution's Failure to tell the defendant About evidence Favorable the defendant.
Was not Plea Bargain

∴ Denial of effective assitance of Counsel.

I had A (state) Counselor who was paid About $450 to Represent A Murder Case and has not looked for facts in my Murder Case. That this Attorney only excercised enough skills and Expertise to Get A Plead of Guilty, Not A Plead of facts. There was No DNA, SAlava, or other's to prove my Guilt.

I, Jose Angel Landeros. Take A Plea Agreement, Then state in Trial Court Record, No plea Agreement Made, But on Court Record show the 35 yrs was Coached and persuaded by my ineffective Assitance of (state) Counsel to show my Counsel Coerced for failure to investigate Left a Plead of Guilty.

∴ Violation of my Right to due process in A disciplinary Action taken by prison Officials.

My Case was Self-Defense.

Illegal Sentence:

I Recieved a Sentence of 35 yrs to which was improper and the charge According to law was Self-Defense. (Adequate Cause Means Cause that would Commonly produc a Degree of Anger, Rage, Resentment,

scared, insecure and terror from Another person and this Illegal sentence was directly caused by a Sudden Passion, The Guy provocated Me, and has a History to Carry A Gun, and Has injured Many. This sentence is Illegal sentence proved Reason(s) of doubt. (Rudy Perez) and This <u>Gang Members</u> known by the Harlingen Police Dept. This Gang Always to be Armed.

Invalid or defective indictment
   Invalid Allegations.

Date of Result: _____ XN/AX_____ X_____

**All applicants must answer the remaining questions:**

20. State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    **CAUTION:**
    <u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
    <u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

    Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

    <u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS.</u> Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

    (a) Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

    *New* ((b)) Conviction obtained by the use of a coerced confession.

    *New* ((c)) Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

    *New* ((d)) Conviction obtained by the use of evidence obtained from an unlawful arrest.

    *New* ((e)) Conviction obtained by a violation of the privilege against <u>self-incrimination.</u>

    ((f)) Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant. Was not Plea Bargain...

    (g) Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

    (h) Conviction obtained by a violation of the protection against double jeopardy.

    ((i)) Denial of effective assistance of counsel.

    (j) Denial of the right to appeal.

    *New* ((k)) Violation of my right to due process in a disciplinary action taken by prison officials.

A. **GROUND ONE:** Ineffective Assitance of Counsel

Supporting FACTS (tell your story briefly without citing cases or law): I, Jose Angel [Lan]deras was young, did not have any idea of sanity, what was going on until I sit [in] prison and try to remeber how the conviction was forced upon me, by [in]effective Assitance of Counsel. I had a Counselor who was paid about $450 to [r]epresent a Murder Case and has not looked for facts in my Murder Case. [Th]at this Attorney only excercised enough skills, and expertise to get a [pl]ead of Guilty, not a plead of facts. There was no DNA, Salava, or others to prov[e] [my] Guilt....

B. **GROUND TWO:** (Plea Agreement) Plea Bargain obtained by Use of Coerced Confession.

Supporting FACTS (tell your story briefly without citing cases or law): I, Jose Angel [Lan]deras. Take a Plea Agreement, Then state in Trial Court Record, No Plea Agreement [ma]de, But on Court Record show the 35 yrs was Coached and persuaded by my Counsel [ho]w my Counsel Coerced for Failure to investigate left a plead of Guilty. 197th [Ju]dicial District Court was Unbias, Unprofessional and that it states clearly a [Ra]il Road to set up Foreplay. Do to Family Nature of Crime, and Not My Nature of Crime [No] Felonies, No Juvinial, and the fact this was a know Gang Member, Whom my witnesses testif[y] [in] this Neighborhood Action. My life was in Danger, I was Scared and Unable to think...... (Ineffective)

C. **GROUND THREE:** Cross Examin of My Witnesses

Supporting FACTS (tell your story briefly without citing cases or law): There are Sworn [A]ffidavits and officer's statements about this Gang and other members [w]ho were a threat of Life Endangerment in the Area. I got copies of My Trial [Re]cord, by filing a Writ Habeas Corpus for Records Documents and Transcripts. [I], Jose Angel Landeras has given the Court Factual, diligence, and sufficien[t] [E]vidence, To show officer's stated on an off Tape "You did Us a Favor....

-7-

CONTINUED ON NEXT PAGE

D.  GROUND FOUR: <u>Self-Defense For a Lower Charge (Life was in Sange):</u>

Supporting FACTS (tell your story briefly without citing cases or law): I, Testified [th]at I shot and Killed Rudy Perez in Self-Defense. I was Attacked at My Apartmen[t by] the Gang (the Bloods). My Apartment was all broken, Trashed Out by this Gang. They Threatened to ta[ke my] Life (Kill me) at My Own Apartment. I was Scared. He (Rudy Perez) told Me He was going to Kill me an[d we]nt For his Weapon/Waistline. He was Reaching. The other Gang Member Came at Me. I Gave Him a [war]ning Shot in the Air. The Gang was there before the Police. They Could of taken his weapon/He wa[s re]aching. I Shot Him only Once, The other's charged at Me. I Fired Again. I then Fled and turned Mysel[f in] Because I was Discomobulated.

21. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

☐ Yes       ☒ No

If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

N/A

22. Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

☒ Yes       ☐ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

B, C, D, E, K and illegall sentence, Invalid or defective indictment. I did not have Post-Conviction Brief in Support.

-8-

CONTINUED ON NEXT PAGE

23. Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☐ Yes ☒ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

N/A

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on September 13, 2001 (month, date, year).

Executed on September 13, 2001 (date).

_____
Signature of Petitioner (required)

Petitioner's current address: Preston E. Smith Unit
1313 County Rd 19
LA-Mesa, Texas 79331

-9-

# I

Pray the United States District Court For the Northern District of Texas Lubbock Division. May Accept My 2254. Which I Honestly believe I Am being denied Access to the Courts. Not even A Hearing is being held by the Convicting Court and the Court of Criminal Appeals at Austin, Tx.

I Am not A proffessional Attorney, or Licensed Attorney, but I Am Filing in Good Faith With No bad intentions. I sign My Name and Number Under Perjury.

_____ #556983
Signature

September 13, 2001
Date