IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Lubbock_ DIVISION

_Jose Angel Landeros #556783_
Plaintiff's name and ID Number

_Smith Unit, Lamesa, Tx 79331_
Place of Confinement

v.

_State of Texas_
Defendant's name and address

CASE NO. _5-01CV0260-0_
(Clerk will assign the number)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

B-01-169

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 17 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

United States District Court
Southern District of Texas
FILED
OCT 01 2001
Michael N. Milby
Clerk of Court

I, _Jose Angel Landeros_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☐
   b. Rent payments, interest or dividends?             Yes☐ No☐
   c. Pensions, annuities or life insurance payments?   Yes☐ No☐
   d. Gifts or inheritances?                            Yes☐ No☐
   e. <u>Family</u> or friends?                         Yes☒ No☐
   f. Any other sources?                                Yes☐ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _$50.00 A Month - Family_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes☐      No☒

   If you answered YES, state the total value of the items owned.

   _N/A_

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____N/A_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __13th__ day of __September__, __2001__.

__Jose Angel Jardus #556983__
Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97