```
                                                              5:01CV0250-C
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE       09/13/01
SM26/AJI2700             IN-FORMA-PAUPERIS DATA                    06:38:54
TDCJ#: 00556903  SID#: 03949423  LOCATION: SMITH     INDIGENT DTE: 09/04/0
NAME: LANDEROS, JOSE ANGEL              BEGINNING PERIOD: 03/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.09  TOT HOLD AMT:         0.00  6MTH TOT DEP:   156.71
6MTH DEP:         412.07  6MTH AVG BAL:        16.13  6MTH AVG DEP:    68.6
MONTH  HIGHEST BALANCE  TOTAL DEPOSITS    MONTH  HIGHEST BALANCE  TOTAL DEPOSITS
08/01       20.64            20.00        05/01       50.00            50.00
07/01       50.02            70.00        04/01       71.26            80.35
06/01       40.00            65.72        03/01      125.00           125.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

United States District Court
Southern District of Texas
FILED

OCT 01 2001

Michael N. Milby
Clerk of Court

B-01-169

STATE OF TEXAS COUNTY OF Dawson
ON THIS THE 13 DAY OF September, 01, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Albert Jimenez
PF1-HELP  PF3-END  ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



NOTARY PUBLIC STATE OF TEXAS
ALBERT JIMENEZ
Commission Expires 7-02-2003



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 17 2001

CLERK, U.S. DISTRICT COURT
By _____ Deputy

3