IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSE ANGEL LANDEROS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | 5:01-CV-260-C |
| JANIE COCKRELL, Director, ) | |
| Texas Department of Criminal Justice, ) | B-01-169 |
| Institutional Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner filed a Petition for a Writ of Habeas Corpus by a Person in State Custody and named Gary Johnson as the Respondent. Petitioner is in state custody and Janie Cockrell, as Director of the Texas Department of Criminal Justice, Institutional Division is the person who holds Petitioner in custody; therefore, Janie Cockrell is the proper Respondent.

It is, therefore, ORDERED that the caption of this case shall be changed to reflect that Janie Cockrell, as Director of the Texas Department of Criminal Justice, Institutional Division, is the proper Respondent and Gary Johnson shall be terminated as the Respondent.

Dated September 20, 2001.

SAM R. CUMMINGS
United States District Judge

4