IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOSE ANGEL LANDEROS,                          )
                                              )
                     Petitioner,              )
                                              )
V.                                            )          CIVIL ACTION NO.
                                              )          5:01-CV-260-C
JANIE COCKRELL, Director,                     )
Texas Department of Criminal Justice,         )
Institutional Division,                       )
                                              )
                     Respondent.              )

**B-01-169**

OCT 0 1 2001

Michael N. Milby
Clerk of Court

### ORDER

Petitioner has filed his Petition for a Writ of Habeas Corpus by a Person in State Custody and

is incarcerated in the Smith Unit of the Texas Department of Criminal Justice, Institutional Division.

Petitioner was convicted in Cameron County District Court, and is challenging his judgment of

conviction or sentence.  Cameron County is located within the jurisdiction of the United States

District Court for the Southern District of Texas, Brownsville Division.

The Court finds that Petitioner's Petition for Writ of Habeas Corpus should be and it is hereby

transferred to the United States District Court for the Southern District of Texas, Brownsville

Division.

SO ORDERED.

Petitioner's Application to Proceed *In Forma Pauperis* is pending.

Dated September 20, 2001.

SAM R. CUMMINGS
United States District Judge

Certified a true copy of an instrument
on file in my office on 9/20/01
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy