6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ANGEL LANDEROS | * |
| VS | * C.A. NO. B-01-169 |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division | * * |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **December 28, 2001.** The answer shall include the state record.

DONE at Brownsville, Texas, this the 25th day of October 2001.

_____
Felix Recio
United States Magistrate Judge