IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE ANGEL LANDEROS,　*
　　　Petitioner

V.　　　　　　　　　　　　* Civil Action No. B-01-169

JANIE COCKRELL, DIRECTOR,　*
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,　　　　　*
INSTITUTIONAL DIVISION
　　　Respondent.　*

<u>PETITIONER'S STATEMENT OF DISPUTED FACTUAL ISSUES</u>

TO THE HONORABLE JUDGE OF SAID COURT:

　　COMES NOW, Petitioner Jose Angel Landeros, pro se and in forma pauperis. Respondents have moved for motion to dismiss on the Petitioner Writ of Habeas Corpus. The petitioner submits the following list of genuine issues of material fact that require the denial of the respondent's motion.

　　1. Whether procedural default in filing a writ within the AEDPA deadline is excusable, in the absence of cause, when a constitutional violation has probably resulted in the conviction of a petitioner who is actually innocent.

2. Whether the petitioner's procedural default in filing a petition in federal court within the one-year AEDPA deadline, is excusable when a violation of federal law rises to the level of a fundamental defect which inherently results in a complete miscarriage of justice.

Respectfully submitted,

_Jose Angel Landeros_
Jose Angel Landeros
Pro Se Petitioner
TDCJ-ID # 556983
1313 County Rd. 19
Lamesa, Texas 79331