IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *JOSE ANGEL LANDEROS,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-169 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through her attorney, the Attorney General of Texas, and files this her Motion to Substitute Counsel with Brief in Support. In support thereof, the Director would respectfully show the court the following.

It has become necessary for this cause to be reassigned. The former attorney of record, R. Brooks Moore, resigned from the Habeas Corpus Division, and, therefore, can no longer continue his representation of the Director in this matter. Consequently, this cause has been reassigned to the undersigned. The attached cover letter will serve as notice to Petitioner and to the district clerk's office to remove former Assistant Attorney General R. Brooks Moore as lead counsel and instead, forward all future correspondence to the undersigned counsel, M. Irene Delgadillo, at the Office of the Attorney General, Habeas Corpus Division, P.O. Box 12548, Capitol Station, Austin, Texas, 78711-2548.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully asks this motion be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division


*Attorney in Charge

M. IRENE DELGADILLO*
Assistant Attorney General
State Bar No. 24031568

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division. Respondent refuse to speculate on whether Petitioner will oppose this motion.

M. IRENE DELGADILLO
Assistant Attorney General

2

## NOTICE OF SUBMISSION

To: Jose Angel Landeros, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.


M. IRENE DELGADILLO
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Substitute Counsel has been served by placing it in the United States Mail, postage prepaid, on this the 15th day of April, 2002, addressed to:

Jose Angel Landeros
TDCJ-ID# 556983
Smith Unit
1313 County Road 19
Lamesa, TX 79331-1898


M. IRENE DELGADILLO
Assistant Attorney General

3