IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ANGEL LANDEROS,<br>Petitioner, | §<br>§<br>§ |
| V. | § CIVIL ACTION NO. B-01-169 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§ |

**RESPONDENT COCKRELL'S MOTION TO APPEAR *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, M. Irene Delgadillo, attorney for Janie Cockrell, Respondent in the above-referenced cause, and files this her Motion to Appear *Pro Hac Vice*.

The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 1, 2001, and is a member in good standing of the State Bar of Texas. The undersigned began employment with the Habeas Corpus Division on February 19, 2002. The undersigned's application for admission to the United States District Court Southern District of Texas is currently pending receipt of the Oath that was administered on April 10, 2002, by Judge Sam Sparks of the Western District of Texas, Austin Division. The undersigned mailed the Oath to the District Clerk in Houston on April 10, 2002. The undersigned has read the local rules of the Court and agrees to abide thereby.

For the foregoing reasons, the undersigned respectfully requests that Respondent Cockrell's Motion to Appear *Pro Hac Vice* be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

_____
M. IRENE DELGADILLO*
Assistant Attorney General
State Bar No. 24031568

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent refuses to speculate on whether the petitioner will oppose this motion.

_____
M. IRENE DELGADILLO
Assistant Attorney General

## NOTICE OF SUBMISSION

To: Jose Angel Landeros, Petitioner you are hereby notified the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
M. IRENE DELGADILLO
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent's Motion to Appear *Pro Hac Vice* has been served by placing same in the United States Mail, postage prepaid, on this the 15th day of April, 2002, addressed to:

Jose Angel Landeros
TDCJ-ID# 556983
Smith Unit
1313 County Road 19
Lamesa, Texas 79331-1898

_____
M. IRENE DELGADILLO
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JOSE ANGEL LANDEROS,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-169 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**ORDER**

On this day came before the Court for consideration the Respondent Cockrell's Motion to Appear *Pro Hac Vice* and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Cockrell's Motion is hereby GRANTED, and M. Irene Delgadillo is allowed to appear *Pro Hac Vice* in this cause of action for Respondent.

SIGNED this _____ day of _____, 2002.

_____
JUDGE PRESIDING