IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LANDEROS, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-169 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

# ORDER

Came on this day to be considered Respondent Cockrell's Motion to Substitute Counsel, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that R. Brooks Moore is withdrawn and M. Irene Delgadillo is substituted as Attorney in Charge for Respondent.

SIGNED on this the 23rd day of April, 2002.

_____
JUDGE PRESIDING