UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ANGEL LANDEROS, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-169 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 8, 2002 be adopted. Furthermore,

Petitioner's 28 U.S.C. §2254 Petition is hereby DENIED, and

Respondent's Motion to Dismiss is hereby GRANTED.

DONE in Brownsville, Texas on this 3 day of June, 2002.

Hilda G. Tagle
United States District Judge

6