IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States District Court
Southern District of Texas
FILED

JUL 08 2002

Michael N. Milby
Clerk of Court

_Jose Angel Landeros #556983_
Plaintiff's name and ID Number

_Preston E. Smith Unit_
Place of Confinement

CASE NO. _CAB-01-169_
(Clerk will assign the number)

V.
_Janie Cockrell - Director_
_Texas Department of Criminal Justice,_
_Institutional Division_
_P.O. Box 99  Huntsville, Tx 77342-0099_
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Jose Angel Landeros_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐  No☑
   b. Rent payments, interest or dividends?                 Yes☐  No☑
   c. Pensions, annuities or life insurance payments?       Yes☐  No☑
   d. Gifts or inheritances?                                Yes☐  No☑
   e. Family or friends?                                    Yes☑  No☐
   f. Any other sources?                                    Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _$50.00 Month Family_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐      No☑
   If you answered YES, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐      No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___3___ day of ___July___, 20_02_.

_____  #556983
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           07/03/02
SM26/EM01376              IN-FORMA-PAUPERIS DATA                     08:44:43
TDCJ#: 00556983 SID#: 03949403 LOCATION: SMITH          INDIGENT DTE: 06/18/02
NAME: LANDEROS,JOSE ANGEL              BEGINNING PERIOD: 01/01/02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:    263.00
6MTH DEP:           563.00 6MTH AVG BAL:        16.97 6MTH AVG DEP:     93.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/02    55.87           55.00         03/02    100.77          150.00
05/02    76.09          108.00         02/02    100.00          100.00
04/02    57.93          100.00         01/02     50.00           50.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Pearson_
ON THIS THE 3rd DAY OF _July_, 2002 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

EUSEBIO MORENO
Notary Public, State of Texas
My Commission Expires 7-7-2004