IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL LANDEROS § <br> Petitioner Pro/Se <br> VS. <br> JANIE COCKRELL, Director, <br> Texas Department of Criminal <br> Justice-Institutional Division <br> Respondent | § <br> § <br> § CIVIL ACTION NO. <br> § B-01-169 <br> § <br> § |

## MOTION FOR AN EXTENSION OF TIME

TO THE HONORABLE FELIX RECIO, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Jose Angel Landeros, Petitioner Pro/se and files this his first MOTION FOR AN EXTENSION OF TIME Request in the above styled action cause number, pursuant to the Fed. R. App. Proc. Rule 26(b) and humbly Requests for an Extension of (45) fourty-five day's.

In Support of this MOTION Petitioner will show this Honorable Court the following:

### I

Petitioner was convicted in the 197th Judicial District Court of Cameron County, Texas, for the felony offense of murder in Cause No. 90-CR-346-C, styled State of Texas Vs. Jose Angel Landeros and was assessed (35) thirty-five years confinement: on June 28, 1990.

Petitioner did not file his direct appeal on his Conviction that followed. Petitioner filed two separate state habeas corpus petitions. The first Application No. 48,550-01 on December 28, 2000, which the Texas Court of Criminal Appeals, denied without written order on March 14, 2001.

Petitioner's second Application No. 48,550-02 was filed on June 5, 2001, which the Texas Court of Criminal Appeals dismissed it for abuse of writ.

Petitioner then filed a Federal Writ of habeas Corpus on September 17, 2001, pursuant to 28 USC §2254, which the District Court denied on June 3, 2002.

[1]

Petitioner came back with A MOTION FOR AUTHORIZATION TO FILE TO PROCEED WITH A CERTIFICATE OF APPEALABILITY ON July 3, 2002, that was denied from the District Court on July 19, 2002.

## II

Therefore, Petitioner Requests in Good Faith for an extension of time due to the facts:

1. Petitioner is Pro/se and has limited access to the unit law library and the law material contained there is very limited.

2. The issues involved are very complex which require additional time to research of which TDCJ-ID has an inter-loan system that in order to obtain certain Supreme Court Rulings that are current which to properly search and shepardize because there are no updated Supreme Court digest, Fed. 2d and 3rd only go so high and low as well as the Supreme Court Reporter and no longer have Shepards.

3. This is Petitioner first Request for an extension of time and this MOTION is not intended for any undue delay, Further, no prejudice will be suffered by any one and in order to prevent further time to expire.

Petitioner humbly requests that the mailbox Rule be applied pursuant to the Fed. R. Crim. Proc. Rule 45 (e), due to his incerceration where the mail goes through the Mail Room before it is forwarded which the Mail Room carriers sort it out before it is stamped dated and picked up which a day or two might elaps.

### PRAYER FOR RELIEF

Wherefore, Premises Considered, Petitioner prays that this Honorable Court GRANT his MOTION FOR AN EXTENSION OF TIME pursuant to the Fed. R. Crim. Proc. Rule 26 (b) and that the Mail Box Rule be applied. Petitioner humbly Request for an Extension of (45) Fourty-five days or what this Court will permit, due to the above Reasons that Petitioner has showed and submits this MOTION in good faith.

Respectfully Submitted,

*Jose Angel Landeros*
Petitioner Pro/se
Jose Angel Landeros
TDCJ-ID # 556983

### CERTIFICATE OF SERVICE

I Jose Angel Landeros, TDCJ-ID # 556983 Do Hereby Certify and Swear under penalty of Perjury that the following above MOTION FOR AN EXTENSION OF TIME is in fact true and correct to the best of my knowledge that has been forwarded by First Class U.S. Mail, Postage Prepaid to the Clerk for U.S. the Southern District of Texas P.O. Box 61010, Houston, Texas 77208. Executed on this 27th day of July 2002. Respectfully Submitted,

cc: file

[ 2 ]

*Jose Angel Landeros*
Petitioner Pro/se
TDCJ-ID # 556983