UNITED STATES Court For Appeals Clerk
Fifth Circuit
Office of the Clerk
600 Camp Street
New Orleans, Louisiana 70130-3425

Jose Angel Landeros
TDCJ-ID #556983
Preston E. Smith Unit
1313 County Rd 19
La Mesa, TX 79331-1898

B-01-169

Please excuse me for a moment of your time. My purpose for contacting your office is to inform you that on the 3rd day of July, I forwarded 3 copies of my

RE: MOTION FOR AUTHORIZATION TO File To PROCEED WITH A CERTIFICATE OF APPEALABILITY.

To THE UNITED STATES Southern DISTRICT COURT the Brownsville Division. I Humbly Requested for them to send you a copy - due to the facts that T.D.C.J. Criminal-Justice does not provide copies. Petitioner apologizes for any undue delays and Requests that the Mail Box Rule be applied due the Holiday 4th of July and TDCJ-ID keeping the mail held over. Petitioner thanks you for your time and assitance. If there is any questions. May you please contact me immediately to prevent any further delays.

Your Response is greatly appreciated

CC: File
Date 07/03/02

COPY

Respectfully Submitted
Jose Angel Landeros #556983
Petitioner Pro se

Jose Angel Landeros
TDCJ-ID #556983
Preston E. Smith Unit
1313 County Rd 19  La Mesa, TX 79331-1898