23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ANGEL LANDEROS, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-01-169 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation be adopted. Furthermore, Petitioner's Application to Proceed in Forma Pauperis on Appeal (Doc. # 19) is hereby GRANTED, and Petitioner's Application for a Certificate of Appealability (Doc. # 18) is hereby DENIED. The U.S. District Clerk's Office is hereby ORDERED to close this case.

DONE in Brownsville, Texas on this 20 day of August, 2002.

_____
Hilda G. Tagle
United States District Judge

*Motion for Extension of Time [Docket #21]
denied thru the 30th day of August,
2002. Hilda*

6